# Court of Appeals
# of the State of Georgia

ATLANTA,    March 12, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0245. SUSA-NASA v. MEDICAL CONTRACTOR CORIZON et al.**

Susa-Nasa filed a pro se complaint about the medical treatment he received while in pretrial custody. The defendants moved to dismiss the action, and on November 26, 2012, the trial court granted their motion. On February 11, 2013, Susa-Nasa filed a pro se application for discretionary appeal of that ruling. Because the application was untimely, we lack jurisdiction to hear this appeal.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. Accordingly, Susa-Nasa's application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/12/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*